**<u>Exhibit A</u>**



## Superior Court of Massachusetts
## In the Suffolk County Courthouse

Manley M. Collins,
198 Tremont St
Suite 335
Boston, MA 02116 USA
Plaintiff,

v.

Boston Public Health Commission
1010 Massachusetts Ave
10th Floor Boston, MA 02118 USA

Boston Public Health Commission
112 Southampton Street Shelter
Boston, MA 02118 USA

Commonwealth of Massachusetts
Massachusetts State House
24 Beacon St
Room 280
Boston, MA 02113 USA

City of Boston
1 City Hall Square
Suite 500
Boston, MA 02201-2013 USA

United States Health and Human Services
Hubert H. Humphrey Building
200 Independence Ave SW
Washington, DC 20201 USA

United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350-0001 USA

United States Department of Housing
and Urban Development
451 7th Street SW
Washington, DC 20410 USA,
Defendants

Docket No: 2184CV 01022

Civil Action

*5/4/2021*

**COMPLAINT**

# COMPLAINT

1. Manley M. Collins, is the plaintiff.  Mr. Collins was and is a client (temporary resident) of the 112 Southampton Shelter.  His address is 198 Tremont St, Suite 335, Boston, MA 02116 USA. His phone number is (617) 955-0689.

2. United States Department of Health and Human Services, United States Department of Justice, and United States Department of Housing and Urban Development are the federal level and overseers of funding, operation, enforcers, and providers of needs or wants to the Commonwealth of Massachusetts, County of Suffolk, and City of Boston.

3. Boston Public Health Commission, City of Boston, County of Suffolk, and Commonwealth of Massachusetts are the owners and operator of 112 Southampton Shelter located at 112 Southampton Shelter, Boston, Massachusetts.

4. The first shelter restriction date is Tuesday, December 1, 2020.

5. Action from BPHC Employees and BPHC Police was denial of shelter in weather of below 32 degrees on Tuesday, December 1, 2020.
   a. Description of individuals involved in first shelter restriction.
      1. White (Caucasian) male, stocky, 5'11", 215lbs, blond hair, normally collared shirt, no safety vest, walks around shelter, no earrings, no visible tattoos, BPHC Employee
      2. Black (African-American) male, supervisor maybe, slender, 5'8", 180 lbs, sits at check-in, blue hoodie normally, no safety vest, black hair, haircut very low, dark colored eyes, no earrings or piercings, no visible tattoos, BPHC Employee
      3. BPHC Police Officer, large, football build, 5'7", 210 lbs, black hair braided, in uniform, African-American male.

6. Description of the activity first shelter restriction date on Tuesday, December 1, 2020

   a. *Tuesday, December 1, 2020 at 12 midnight to 1:30 AM* – Plaintiff arrived to 112 Southampton St, Boston, MA after my day of normal activities.  Please note Plaintiff have slept at 112 Southampton St for 85% of time since September 2020 with no issues.  Plaintiff encountered a white male at check-in stating Plaintiff needed a recent COVID-19 test in order to stay there for the night.  Later, he stated they did testing all day at 8am, 3pm, and 6:30pm and Plaintiff needed a wristband or white paper stating negative.  The weather is heavy rain, windy, and cold.  So Plaintiff went to my smartphone to retrieve my results, of course, McInnis Health Group patient portal was down, but Plaintiff already kept a screenshot.  Plaintiff showed the guy my screenshot and he stated in the test had to be in the last 48 hours.  Then, a black guy came and stated if whoever did not have a test in the last 48 hours could not stay there until the COVID-19 test is done.  BPHC Police is standing around and guarding the door while myself and others stand there.  So I told the white guy and everyone present, "You better cover your ass." All this action should have been captured on camera.  Plaintiff left and stated, "I am going to get you what you want." And at the door BPHC Police black man guarded the door, Plaintiff asked, "Who or what names stated I cannot stay at the shelter?"  The BPHC Police black man stated it is the supervisor.

b. *Tuesday, December 1, 2020 at 1:30 AM to 2:00 AM* – Plaintiff walked to Massachusetts General Hospital. Plaintiff got my test and stayed overnight. In the COVID-19, the staff was able to do extra and extensive testing, including chest ex-ray. Same test conduct via nasal swab came back negative

c. *Tuesday, December 1, 2020* – Plaintiff returned to 112 Southampton with his results, but no one wanted to see them.

d. *Wednesday, December 2, 2020* – Since Plaintiff already knew the McInnis Health Group conducted the testing, Plaintiff went and got tested there too. The test came back negative too.

7. The second shelter restriction date is Sunday, January 3, 2021.

8. Action from BPHC Employees and BPHC Police was denial of shelter in weather of below 32 degrees on Sunday, January 3, 2021.
    a. Description of BPHC individuals from second shelter restriction.
        1. Black male with foreign accent, medium build, 5'7", brown safety vest, short black hair, dark skinned color, dark eyes, BPHC Employee
        2. Black (African-American) female, curvy figure, unique glasses to fit personality, hair wrapped up as if dreaded, braided, or wig, no safety vest, sits at check-in, 5'8", maybe supervisor or assistant supervisor, 215 lbs, dresses well depends on the day (sometimes casual, sometimes professional), BPHC Employee
        3. Black (African-American) male, supervisor maybe, slender, 5'8", 180 lbs, sits at check-in, blue hoodie normally, no safety vest, black hair, haircut very low, dark colored eyes, no earrings or piercings, no visible tattoos, BPHC Employee
        4. Two BPHC police officers (African-American males).
    b. Evidence of entire shelter restriction video – Exhibit A.

9. Description of the activity from second shelter restriction date on Sunday, January 3, 2021.
    a. On Sunday, January 3, 2021, Commonwealth of Massachusetts, County of Suffolk, and City of Boston tried to invoke a rule stating, "Unlabeled or non-readable labels on prescribed medicine cannot be allowed in the building." Please note at 112 Southampton employees enforced the rule on January 3, 2021 at the time of Plaintiff entry approximately around 11:00 pm to 12:30 am. Plaintiff has the full video on my smartphone and saved it into the cloud and many other places. This is 112 Southampton second time keeping Plaintiff out of the shelter and sending me into the below freezing temperatures outside. As a new resident of Boston and with the pandemic, Plaintiff already went to all the open shelters, which stated no new residents could come in. Other shelters completely offer no services or totally closed. Since this is Plaintiff's first situation encountering this rule, Plaintiff offered 112 Southampton St employees to verify the medicine via Google and told them all the businesses and government agencies involved in providing the medications for my conditions. The choices 112 Southampton St employees gave while pleading total ignorance abyss were as follows
        1. Go to hospital to get it relabeled.
        2. Go to clinic to get it relabeled.
        3. Leave it outside for the current drug addicts currently using drugs inside and outside shelter.
        4. Cannot come in with the medication.

It is BPHC's attempt to avert from any individual on pressing charges on dumping perfectly legal medication. Plaintiff chose option number 4 because the medication is prescribed for me by reality of Plaintiff's life mental health issues. Thus, the consequence for the second time by 112 Southampton Street employees leading me to hypothermia and shock, Plaintiff had to keep himself awake all night to ensure Plaintiff make it to a warm location the next morning.

10. The third incident date is Monday, April 12, 2021.

11. Action from BPHC Employees at security checkpoint on Monday, April 12, 2021.
    a. Description of BPHC individuals from third incident.
        1. Black (African-American) male, large/heavy set, 5'9", 300 lbs or more, yellow safety vest, security wand and x-ray person, dark eyes, black hair in cornrows, BPHC employee
    b. Witness of Plaintiff for third incident.
        1. Black (Haitian male), short dreaded flat top hair, 5'5" yellow safety vest, BPHC Employee performing the duties of initial check-in of BPHC client identification.

12. Description of the activity from third incident date on Monday, April 12, 2021.
    a. Plaintiff arrived to 112 Southampton on April 12, 2021 approximately 12:50 am. Plaintiff checked-in or got his BPHC card scanned by black Haitian, medium build described as Witness (11.b.1.). Plaintiff proceeded to security checkpoint. Plaintiff sent his bag through x-ray machine. Large, black, BPHC employee male (described in 11.a.1.) stated come through the body scan. The large, black, BPHC employee male (described in 11.a.1.) proceeded to scan/wand the front of my body and went down to and wacked Plaintiff's right calf leg hard. Plaintiff turned around as directed and the same BPHC employee proceeded to scan/wand the back of my body. The large, black male went down to Plaintiff's left calf leg and wacked it in a similar position as the right leg. Once he was done, he landed his hand on Plaintiff's shoulder and bore his entire weight down. It was not authorized to touch Plaintiff in any form. A Boston Police report #212023803 was filed for assault and battery (Evidence Exhibit B).

13. The fourth incident date is Monday, April 19, 2021 approximately 12:01 am to 1:30 am.

14. Action from BPHC Employees at security checkpoint on Monday, April 19, 2021.
    a. Description of BPHC individuals from fourth incident.
        1. Black (African-American) male, supervisor maybe, slender, 5'8", 180 lbs, sits at check-in, blue hoodie normally, no safety vest, black hair, haircut very low, dark

15. Description of the activity from fourth incident date on April 19, 2021.
    a. I proceeded through the security checkpoint and coming out of his check-in office was the black male described in 14.a.1., 8.a.3, and 5.a.2.. He proceeded to security wand me and swiped close down my legs to ensure I felt the wand.

16. The fifth incident date is Monday, April 19, 2021 approximately 11:00 pm to 11:59 pm.

17. Action from BPHC Employees and BPHC Police at security checkpoint on  Monday, April 19, 2021.

    a.  Description of BPHC individuals from fifth incident.
       1.  Black (African-American/Haitian), middle age woman, attempts to act friendly,
         island dialect/accent, shoulder length hair or wig, wears African garments, yellow
         vest.
    b.  Witness of Plaintiff for fifth incident.
       1.  BPHC, Caucasian, police officer, slender build, blond hair and curly.
    c.  Evidence of BPHC employee is a photo submitted as evidence Exhibit C.

18. Description of the activity from fifth incident date on April 19, 2021.
    a.  Plaintiff arrive to 112 Southampton and African-American/Haitian female was
    performing initial door check-in (described in 17.a.1. and in photo evidence) and security
    checkpoint was being performed by large black male from second incident (described
    11.a.1). The large black male, BPHC employee decided to leave the security checkpoint
    and ask the door check-in female to perform the security checkpoint. The African-
    American female performed the bag x-ray. The same African-American/Haitian female
    proceeded to perform security wanding. While security wanding, the Caucasian BPHC
    police officer exits building and turned around somewhere and comes back in. Plaintiff
    turned around facing the glass doors entryway (BPHC white police officer comes in) and
    BPHC employee female wands the back of Plaintiff, but hits Plaintiff in the head with the
    security wand.
    b.  Plaintiff attempted to report African-American/Haitian female on April 22, 2021 through
    911.

19. On April 14, 2021, Plaintiff submitted three grievances to the Boston Public Health
    Commission.

20. On April 22, 2021 at 1:30 am, Plaintiff called 911 to report another assault incident and to be
    escorted into the 112 Southampton shelter and get through security without incident. Two
    Caucasian male police officers reported for duty and escorted the plaintiff into 112
    Southampton. Plaintiff informed BPHC employee to be careful with wand.

21. On April 26, 2021 at 10:30 am, Plaintiff met with Diniz Alves, a Director of the 112
    Southampton Shelter to discuss all incidents and grievances.

22. Plaintiff reserves the right under the First Amendment of the United States Constitution to make
    original complaint and responses public for all current and future American generations.

Dated:  May 1, 2021

Manley M. Collins, Plaintiff in Pro Se

***Contact only through attorneys and courts***

**Superior Court of Massachusetts**
**In the Suffolk County Courthouse**

| | |
|---|---|
| Manley M. Collins, | |
| 198 Tremont St | |
| Suite 335 | Docket No: 2184CV01022 |
| Boston, MA 02116 USA | |
| Plaintiff, | Civil Action |
| | |
| v. | |
| | |
| Boston Public Health Commission | |
| 1010 Massachusetts Ave | |
| 10th Floor Boston, MA 02118 USA | |
| | |
| Boston Public Health Commission | |
| 112 Southampton Street Shelter | |
| Boston, MA 02118 USA | |
| | |
| Commonwealth of Massachusetts | |
| Massachusetts State House | |
| 24 Beacon St | |
| Room 280 | |
| Boston, MA 02113 USA | |
| | |
| City of Boston | |
| 1 City Hall Square | |
| Suite 500 | |
| Boston, MA 02201-2013 USA | |
| | |
| United States Health and Human Services | |
| Hubert H. Humphrey Building | |
| 200 Independence Ave SW | |
| Washington, DC 20201 USA | |
| | |
| United States Department of Justice | |
| 950 Pennsylvania Ave NW | |
| Washington, DC 20350-0001 USA | |
| | |
| United States Department of Housing | |
| and Urban Development | |
| 451 7th Street SW | |
| Washington, DC 20410 USA, | |
| Defendants | |

**REQUEST FOR DAMAGES**

## REQUEST FOR DAMAGES

Mr. Collins, the Plaintiff, is requesting $10,000,000.01 per defendant for all punitive damages, emotional distress, bodily harm, psychological fear, the cost of inconvenience to be paid through the Commonwealth of Massachusetts court system.  This amount should cover the cost of overall value, court costs, fees, attorney fees, and miscellaneous issues.

Mr. Collins, the Plaintiff, is requesting for any other non-authorized touching between BPHC employee-to-client.  Mr. Collins, the Plaintiff has the authorization and right to file an domestic restraining order against the employee; in addition to, the lawsuit and grievance process.

Dated:  May 1, 2021

By Manley M. Collins
Plaintiff in Pro Se


J. _____

Printed Name _____

## Superior Court of Massachusetts
## In the Suffolk County Courthouse

Manley M. Collins,
198 Tremont St
Suite 335
Boston, MA 02116 USA
Plaintiff,

v.

Boston Public Health Commission
1010 Massachusetts Ave
10th Floor Boston, MA 02118 USA

Boston Public Health Commission
112 Southampton Street Shelter
Boston, MA 02118 USA

Commonwealth of Massachusetts
Massachusetts State House
24 Beacon St
Room 280
Boston, MA 02113 USA

City of Boston
1 City Hall Square
Suite 500
Boston, MA 02201-2013 USA

United States Health and Human Services
Hubert H. Humphrey Building
200 Independence Ave SW
Washington, DC 20201 USA

United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350-0001 USA

United States Department of Housing
and Urban Development
451 7th Street SW
Washington, DC 20410 USA,
Defendants

Docket No: 2184 CV 01022

Civil Action

## REQUEST FOR SCHEDULING ORDER

## REQUEST FOR SCHEDULING ORDER

Mr. Collins, the Plaintiff, is requesting a scheduling order from initial case to pre-trial scheduled hearing.

Dated:  May 1, 2021

By Manley M. Collins
Plaintiff in Pro Se

J.

Printed Name

## Superior Court of Massachusetts
## In the Suffolk County Courthouse

Manley M. Collins,
198 Tremont St
Suite 335
Boston, MA 02116 USA
Plaintiff,

v.

Boston Public Health Commission
1010 Massachusetts Ave
10th Floor Boston, MA 02118 USA

Boston Public Health Commission
112 Southampton Street Shelter
Boston, MA 02118 USA

Commonwealth of Massachusetts
Massachusetts State House
24 Beacon St
Room 280
Boston, MA 02113 USA

City of Boston
1 City Hall Square
Suite 500
Boston, MA 02201-2013 USA

United States Health and Human Services
Hubert H. Humphrey Building
200 Independence Ave SW
Washington, DC 20201 USA

United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350-0001 USA

United States Department of Housing
and Urban Development
451 7th Street SW
Washington, DC 20410 USA,
Defendants

Docket No: 2184CV01022

Civil Action

## ADMITTANCE INTO EVIDENCE – EXHIBIT A

## ADMITTANCE INTO EVIDENCE – EXHIBIT A

Plaintiff is entering Exhibit A into evidence.  Exhibit A is snapshots of the individuals captured in video regarding shelter restriction.

Dated:  May 1, 2021

By Manley M. Collins
Plaintiff in Pro Se

J.

Printed Name _____













## Superior Court of Massachusetts
## In the Suffolk County Courthouse

Manley M. Collins,       |
198 Tremont St         |
Suite 335            |    Docket No:  2184CV01022
Boston, MA 02116 USA  |
Plaintiff,             |    Civil Action
                     |
v.                  |
                     |

Boston Public Health Commission  |
1010 Massachusetts Ave    |
10th Floor Boston, MA 02118 USA |

Boston Public Health Commission  |
112 Southampton Street Shelter  |
Boston, MA 02118 USA      |

Commonwealth of Massachusetts  |
Massachusetts State House     |
24 Beacon St             |
Room 280              |
Boston, MA 02113 USA     |

City of Boston           |
1 City Hall Square       |
Suite 500             |
Boston, MA 02201-2013 USA  |

United States Health and Human Services |
Hubert H. Humphrey Building  |
200 Independence Ave SW   |
Washington, DC 20201 USA   |

United States Department of Justice |
950 Pennsylvania Ave NW    |
Washington, DC 20350-0001 USA |

United States Department of Housing |
and Urban Development      |
451 7th Street SW        |
Washington, DC 20410 USA,  |
Defendants            |

## ADMITTANCE INTO EVIDENCE – EXHIBIT B

## ADMITTANCE INTO EVIDENCE – EXHIBIT B

Plaintiff is entering Exhibit B into evidence.  Exhibit B is the Boston Police report filed by Plaintiff.

Dated:  May 1, 2021

By Manley M. Collins
Plaintiff in Pro Se

J.

Printed Name _____



BostonPolice
DEPARTMENT

1 SCHROEDER PLAZA | BOSTON, MA 02120

Boston Police Department

## I# 212023803 - Offense/Incident Report Cover Sheet

| REPORTED ON DATE / TIME | ENTERED / SECTOR / REPORTING AREA | | OCCURRED FROM DATE / TIME / THRU OCCURRED TO DATE / TIME |
|---|---|---|---|
| Apr 13, 2021 14:28 | A1 / A422 / 77 | | Apr 12, 2021 00:50 |

### OFFENSE-1

| OFFENSE CODE | | WEAPON / FORCE INVOLVED |
|---|---|---|
| ASSAULT - AGGRAVATED | | Other: WAND |
| OFFENSE LOCATION | | OCCURRED FROM DATE / TIME |
| 112 SOUTHAMPTON ST, ATKINSON ST & MASSACHUSETTS AVE, ROXBURY, MA 02118 | | Apr 12, 2021 00:50 |

### INVOLVED PERSONS

| INVOLVEMENT | NAME | HOME ADDRESS | DOB / ESTIMATED AGE RANGE | RACE | SEX |
|---|---|---|---|---|---|
| V-1, R-1 | Manley Collins | 198 TREMONT ST BOSTON, MA 02116 | 1976-06-21 | Black | Male |
| S-1 | UNKNOWN UNKNOWN | | | | |

### NARRATIVE

About 2:00 PM on Wednesday April 13, 2021, Officer Garabedian, took a walk in report for an Assault & Battery at 112 Southampton Street (South Hampton Shelter), Boston.

Victim/reporter Mr. Manley Collins stated he was assaulted. Mr. Collins stated after walking through the x-ray machine, the suspect (described as a large b/m about 300lbs and 5'9), using the metal detection wand. While being wanded Mr. Collins stated he was hit in the right calf hard. Mr. Collins stated he was then struck in the left calf. Mr. Collins stated after the wanding the suspect bore down hitting him in the left shoulder. Mr. Collins stated the next morning the same security guard was by the entry way, and looked at him in an intimating manner.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PETER GARABEDIAN #103579   Apr 13, 2021 14:43 (e-signature) | PATRICK MCDONOUGH #011951   Apr 13, 2021 18:19 (e-signature) |
| PRINT NAME | PRINT NAME |
| PETER GARABEDIAN #103579 | PATRICK MCDONOUGH #011951 |

**Boston Police Department**
NOTE: Summarized report. Have data retrieved on the report at any point in time via BMS.

Incident Report (Boston PD)

Pg 1 of 2

## 803 - Offense/Incident Report

2021 14 28      A1 / A422 / 77                    OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME
                                                   Apr 12, 2021 00:50

PETER GARABEDIAN #103579                  WEATHER
                                          Unknown

40 SUDBURY ST, BOSTON, MA 02114

### NARRATIVE

About 2:00 PM on Wednesday April 13, 2021, Officer Garabedian, took a walk in report for an Assault & Battery at 112 Southampton Street (South Hampton Shelter), Boston.

Victim/reporter Mr. Manley Collins stated he was assaulted. Mr. Collins stated after walking through the x-ray machine, the suspect (described as a large b/m about 300lbs and 5'9, using the metal detection wand. While being wanded Mr. Collins stated he was hit in the right calf hard. Mr. Collins stated he was then struck in the left calf. Mr. Collins stated after the wanding the suspect bore down hitting him in the left shoulder. Mr. Collins stated the next morning the same security guard was by the entry way, and looked at him in an intimating manner.

REPORTING PARTY -1
REPORTING PARTY -1 (PERSON)

R-1 Collins, Manley                                      DOB / ESTIMATED AGE RANGE
                                                         1976-06-21

SEX       RACE / ETHNICITY                  PHONE NUMBER
Male      Black / Not of Hispanic Origin    (617) 955-0689 (primary, cell)

HOME ADDRESS
198 TREMONT ST, BOSTON, MA 02116

REPORTING PARTY SIGNATURE

### OFFENSE-1

OFFENSE CODE
ASSAULT - AGGRAVATED

OCCURRED FROM DATE/TIME        OFFENSE COMPLETION       SUSPECTED HATE CRIME       DOMESTIC VIOLENCE
Apr 12, 2021 00:50             ☒ COMPLETED              ☐ YES ☒ NO                 ☐ YES ☒ NO
                              ☐ ATTEMPTED

WEAPON / FORCE INVOLVED        AGGRAVATED ASSAULT FACTORS / HOMICIDE FACTORS
Other: WAND                    Unknown Circumstances

GANG INFORMATION
None/Unknown

OFFENSE LOCATION
LOCATION NAME / STREET / ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION
112 SOUTHAMPTON ST

CITY                                    STATE        ZIP              COUNTRY CODE
ROXBURY                                 MA           02118            US

INTERSECTION STREET 1                   INTERSECTION STREET 2
ATKINSON ST                             MASSACHUSETTS AVE

REPORTING OFFICER SIGNATURE / DATE               SUPERVISOR SIGNATURE / DATE
PETER GARABEDIAN #103579  Apr 13, 2021 14:43 (e- PATRICK MCDONOUGH #011951  Apr 13, 2021 18:19 (e-
signature)                                       signature)

PRINT NAME                                       PRINT NAME
PETER GARABEDIAN #103579                         PATRICK MCDONOUGH #011951

Boston Police Department                                                          Pg 1 of 2

|  | DISTRICT / SECTOR / REPORTING AREA |
|---|---|
| ...nt / Public Building | C6 / F431 / 175 |

|  | DOB / ESTIMATED AGE RANGE |
|---|---|
| Collins, Manley | 1976-06-21 |

|  |  | PHONE NUMBER |
|---|---|---|
| Male | Black / Not of Hispanic Origin | (617) 955-0689 (primary, cell) |

198 TREMONT ST, BOSTON, MA 02116

YES & NO

SUSPECTS-1

S-1 UNKNOWN, UNKNOWN

**RELATIONSHIPS ADDENDUM**

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| Manley Collins | RELATIONSHIP UNKNOWN | UNKNOWN UNKNOWN |

**Superior Court of Massachusetts**
**In the Suffolk County Courthouse**

Manley M. Collins,
198 Tremont St
Suite 335
Boston, MA 02116 USA
Plaintiff,

v.

Boston Public Health Commission
1010 Massachusetts Ave
10th Floor Boston, MA 02118 USA

Boston Public Health Commission
112 Southampton Street Shelter
Boston, MA 02118 USA

Commonwealth of Massachusetts
Massachusetts State House
24 Beacon St
Room 280
Boston, MA 02113 USA

City of Boston
1 City Hall Square
Suite 500
Boston, MA 02201-2013 USA

United States Health and Human Services
Hubert H. Humphrey Building
200 Independence Ave SW
Washington, DC 20201 USA

United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350-0001 USA

United States Department of Housing
and Urban Development
451 7th Street SW
Washington, DC 20410 USA,
Defendants

Docket No: 2184CVφ1φ22

Civil Action

**ADMITTANCE INTO EVIDENCE – EXHIBIT C**

## ADMITTANCE INTO EVIDENCE – EXHIBIT C

Plaintiff is entering Exhibit C into evidence.  Exhibit C is the photo taken of the African-American/Haitian female.

Dated:  May 1, 2021

By Manley M. Collins
Plaintiff in Pro Se

J. _____

Printed Name _____



**Superior Court of Massachusetts**
**In the Suffolk County Courthouse**

Manley M. Collins,                          |
198 Tremont St                             |
Suite 335                                  |
Boston, MA 02116 USA                       |         Docket No: 2184CV01022
Plaintiff,                                 |
                                           |         Civil Action
v.                                         |
                                           |
                                           |
Boston Public Health Commission            |
1010 Massachusetts Ave                     |
10th Floor Boston, MA 02118 USA            |
                                           |
Boston Public Health Commission            |
112 Southampton Street Shelter             |
Boston, MA 02118 USA                       |
                                           |
Commonwealth of Massachusetts              |
Massachusetts State House                  |
24 Beacon St                               |
Room 280                                   |
Boston, MA 02113 USA                       |
                                           |
City of Boston                             |
1 City Hall Square                         |
Suite 500                                  |
Boston, MA 02201-2013 USA                  |
                                           |
United States Health and Human Services    |
Hubert H. Humphrey Building                |
200 Independence Ave SW                    |
Washington, DC 20201 USA                   |
                                           |
United States Department of Justice        |
950 Pennsylvania Ave NW                    |
Washington, DC 20350-0001 USA              |
                                           |
United States Department of Housing        |
and Urban Development                      |
451 7th Street SW                          |
Washington, DC 20410 USA,                  |
Defendants                                 |

**REQUEST FOR FULL JURY SERVICE**

## REQUEST FOR FULL JURY SERVICE

Plaintiff is requesting a full jury service. Full Jury Service will make processes efficient in case the civil suit goes directly to a full trial.

Dated:  May 1, 2021

By Manley M. Collins
Plaintiff in Pro Se

J.

Printed Name _____

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of May, 2021, a true and correct copy of

1. Complaint
2. Evidence
3. Addendums
4. Request for Relief
5. Request for Scheduling Order
6. Request for Full Jury Service
7. Certificate of Service

was served by first class priority mail, postage paid to the following:

Boston Public Health Commission          and     Boston Public Health Commission
1010 Massachusetts Ave                           112 Southampton Street Shelter
10th Floor Boston, MA 02118 USA                  Boston, MA 02118 USA

Commonwealth of Massachusetts                    City of Boston
Massachusetts State House                        1 City Hall Square
24 Beacon St                             and     Suite 500
Room 280                                         Boston, MA 02113 USA
Boston, MA 02113 USA

United States Health and Human Services          United States Department of Housing and Urban
Hubert H. Humphrey Building                      Development
200 Independence Ave SW                  and     451 7th Street SW
Washington, DC 20201 USA                         Washington, DC 20410 USA

United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350-0001 USA


Date:  May 1, 2021                               Respectfully submitted,




                                                 Manley M. Collins
                                                 198 Tremont St
                                                 Suite 335
                                                 Boston, MA 02116 USA
                                                 (617) 955-0689 (phone)
                                                 manleycollins@gmail.com
                                                 *Plaintiff Pro Se*